UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-38465 |
| Nonato P Ureta | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court
having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. The Debtor's Chapter 13 Plan is modified at 8.1 to state that the Trustee shall not make payments
to Navient Solutions, LLC, on behalf of Department of Education Loan Services and Navient Solutions,
LLC, on behalf of United Student Aid Funds, Inc., GLHEC and Affiliates for the student loans.

Enter:

Timothy A. Barnes

United States Bankruptcy Judge

Dated:  October 07, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600